# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SONYA BYRD, | : |
| Plaintiff, | : |
| vs. | :    CA 08-0584-KD-B |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social Security, | |
| | : |
| Defendant. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 13, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** this May 5, 2010.

                                                  s/ Kristi K. DuBose
                                                  **KRISTI K. DuBOSE**
                                                   **UNITED STATES DISTRICT JUDGE**